**Order entered March 9, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00961-CV**

**WAYNE M. ENGLISH, Appellant**

**V.**

**PARCEL EXPRESS, INC., Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-00291-D**

**ORDER**

Before the Court is court reporter Coral L. Wahlen's March 8, 2021 request for extension of time to file the reporter's record. We **GRANT** the motion and **ORDER** the record be filed no later than March 30, 2021. Because appellant filed a statement of inability to pay costs and nothing in the record reflects the trial court has ordered appellant to pay costs, the record shall be filed without payment of the reporter's fee. *See* TEX. R. APP. P. 145(a).

/s/     CRAIG SMITH
         JUSTICE